1   Tanya E. Moore, SBN 206683
    MOORE LAW FIRM, P.C.
2   300 South First Street, Suite 342
    San Jose, California 95113
3   Telephone: (408) 298-2000
    Facsimile: (408) 298-6046
4   Email: service@moorelawfirm.com

5   Attorney for Plaintiff,
    Darren Gilbert

6

7

8                    **UNITED STATES DISTRICT COURT**

9                    **EASTERN DISTRICT OF CALIFORNIA**

10

11  DARREN GILBERT,                          )   No. 1:21-cv-001042-NONE-BAM
                                             )
12              Plaintiff,                   )   **STIPULATION TO CONTINUE**
                                             )   **SETTLEMENT CONFERENCE; ORDER**
13       vs.                                 )
                                             )
14  DOLLAR TREE STORES, INC., et al.,        )   Date: October 27, 2021
                                             )   Time: 9:30 a.m.
15                                           )   Courtroom: 8
                                             )   Magistrate Judge Barbara A. McAuliffe
16              Defendants.                  )
                                             )
17  _____ )

18

19          Plaintiff Darren Gilbert ("Plaintiff") and Defendants Dollar Tree Stores, Inc. and GGW-

20  Oakdale Partners, LLC ("Defendants," and together with Plaintiff, the "Parties"), by and through

21  their counsel of record, hereby stipulate as follows:

22          **WHEREAS,** a Settlement Conference is presently set for October 27, 2021 before this

23  Court;

24          **WHEREAS,** Plaintiff has just learned that there are additional parties not named in the

25  First Amended Complaint which likely are responsible for certain areas of the subject property,

26  who must be named in the action in order for Plaintiff to obtain injunctive relief relating to those

27  areas, and thus the case is not yet ripe for settlement conference;

28

STIPULATION TO CONTINUE SETTLEMENT CONFERENCE

1      **WHEREAS,** Plaintiff intends to promptly seek leave to amend his complaint, either by

2   stipulation or by motion, to name the newly discovered parties as well as to allege additional

3   barriers to his access discovered during his October 19, 2021, noticed inspection of the subject

4   property, as urged and required by the Ninth Circuit (*Chapman v. Pier 1 Imports (U.S.) Inc.*, 631

5   F.3d 939, 944 (9th Cir. 2011); *Oliver v. Ralphs Grocery Co.,* 654 F.3d 903, 909 (9th Cir. 2011));

6      **NOW, THEREFORE,** the Parties stipulate that the Settlement Conference presently set

7   for October 27, 2021, be continued by at least sixty days to a date convenient to the Court to

8   allow time for Plaintiff to amend his complaint and for the newly added defendants to appear in

9   the action.

10      **IT IS SO STIPULATED.**

11

12   Dated: October 22, 2021            MOORE LAW FIRM, P.C.

13

14                        */s/ Tanya E. Moore*
                        Tanya E. Moore

15                        Attorney for Plaintiff,
                        Darren Gilbert

16

17   Dated: October 22, 2021            GOLDEN LAW A.P.C.

18

19                        */s/ Rachelle Taylor Golden*
                        Rachelle Taylor Golden

20                        Attorneys for Defendants,
                        Dollar Tree Stores, Inc. and

21                        GGW-Oakdale Partners, LLC

22

23

24

25

26

27

28

STIPULATION TO CONTINUE SETTLEMENT CONFERENCE

1

**<u>ORDER</u>**

2    The Parties having so stipulated and good cause appearing,

3    **IT IS HEREBY ORDERED** that the Settlement Conference presently set for October

4    27, 2021 is continued to January 6, 2022 at 10:00 a.m. in Courtroom 8 before the undersigned.

5    Updated confidential settlement conference statements shall be submitted no later than seven (7)

6    days prior to the settlement conference.

7

IT IS SO ORDERED.

8

9    Dated:   **October 22, 2021**          /s/ *Barbara A. McAuliffe*

10                                         UNITED STATES MAGISTRATE JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION TO CONTINUE SETTLEMENT CONFERENCE