1  Tanya E. Moore, SBN 206683
   MOORE LAW FIRM, P.C.
2  300 South First Street, Suite 342
   San Jose, California 95113
3  Telephone: (408) 298-2000
   Facsimile: (408) 298-6046
4  Email: service@moorelawfirm.com

5  Attorney for Plaintiff,
   Darren Gilbert

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARREN GILBERT,<br><br>   Plaintiff,<br><br>   vs.<br><br>DOLLAR TREE STORES, INC., et al.,<br><br>   Defendants. | No. 1:21-cv-001042-NONE-BAM<br><br>**STIPULATION GRANTING PLAINTIFF LEAVE TO FILE SECOND AMENDED COMPLAINT; ORDER** |

**IT IS HEREBY STIPULATED** by and between Plaintiff Darren Gilbert ("Plaintiff") and Defendants Dollar Tree Stores, Inc. and GGW-Oakdale Partners, LLC ("Defendants," and together with Plaintiff, the "Parties"), through their counsel of record, that Plaintiff may file a Second Amended Complaint, a copy of which is attached hereto as Exhibit "A." This amendment will not modify any date or deadline fixed by the Court's Scheduling Conference Order dated September 30, 2021 (Dkt. 11) pursuant to Fed. R. Civ. P. 16(b)(4), and is not prejudicial to Defendants, the product of undue delay, proposed in bad faith, or futile.

//

//

**IT IS FURTHER STIPULATED** that Plaintiff shall file his Second Amended Complaint within five (5) calendar days of the Court's Order permitting such filing, and that Defendant's response thereto shall be filed within fourteen (14) days after the Second Amended Complaint is filed.

**IT IS SO STIPULATED.**

Dated: October 22, 2021                    MOORE LAW FIRM, P.C.

                                           */s/ Tanya E. Moore*
                                           Tanya E. Moore
                                           Attorney for Plaintiff,
                                           Darren Gilbert

Dated: October 22, 2021                    GOLDEN LAW A.P.C.

                                           */s/ Rachelle Taylor Golden*
                                           Rachelle Taylor Golden
                                           Attorneys for Defendants,
                                           Dollar Tree Stores, Inc. and
                                           GGW-Oakdale Partners, LLC

**ORDER**

The Parties having so stipulated and good cause appearing,

**IT IS HEREBY ORDERED** that Plaintiff shall file his Second Amended Complaint, a copy of which was filed with the Parties' stipulation, within five (5) calendar days of the date this Order is filed.

**IT IS FURTHER ORDERED** that Defendants' response thereto shall be filed within fourteen (14) days after the Second Amended Complaint is filed.

IT IS SO ORDERED.

Dated:   **November 3, 2021**                    /s/ *Barbara A. McAuliffe*
                                                 UNITED STATES MAGISTRATE JUDGE