**RACHELLE TAYLOR GOLDEN 295385**
Rachelle@GoldenADADefense.com
GOLDEN LAW A.P.C.
1100 W. Shaw Avenue, Suite 132
Fresno, California 93711
Telephone: (559) 878-3521

Attorneys for Defendants: DOLLAR TREE STORES, INC.;
GGW OAKDALE PARTNERS, LLC; MSF OAKDALE, LLC
*erroneously sued as MSF Oakdale, LLC aka Oakdale MSF, LLC*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

\* \* \*

| | |
|---|---|
| DARREN GILBERT, | NO. 1:21-cv-01042-NONE-BAM |
| Plaintiff, | |
| vs. | **AMENDED STIPULATION TO EXTEND DEFEDANTS, DOLLAR TREE STORES, INC.; GGW OAKDALE PARTNERS, LLC; MSF OAKDALE, LLC** *erroneously sued as MSF Oakdale, LLC aka Oakdale MSF, LLC'S*, **RESPONISVE PLEADING DEADLINE AND ORDER THEREON** |
| DOLLAR TREE STORES, INC.; GGW - OAKDALE PARTNERS, LLC; MSF OAKDALE, LLC aka OAKDALE MSF, LLC; KMART CORPORATION, | |
| Defendants. | |

**IT IS HEREBY STIPULATED** by and between Plaintiff, DARREN GILBERT ("Plaintiff"), and Defendants, DOLLAR TREE STORES, INC., GGW OAKDALE PARTNERS, LLC, and MSF OAKDALE, LLC, *erroneously sued as* MSF Oakdale, LLC aka Oakdale MSF, LLC, ("Defendants"), by and through their respective counsel, that pursuant to Federal Rule of Civil Procedure 6(a), and Local Rules 143(b) and 144(a), Defendants may have up to and including December 17, 2021, to file a responsive pleading to the Second Amended Complaint.

This extension is necessary as the Parties are in the midst of settlement negotiations and Defendants would like to avoid the cost and expense of filing responsive pleadings. This extension of time is Defendants' first extension as it pertains to the Second Amended Complaint and does not alter the date of any event, or any deadline already scheduled by the Court.

DATED: December 3, 2021,    GOLDEN LAW A.P.C.

By  /s/ Rachelle Taylor Golden
RACHELLE TAYLOR GOLDEN,
Attorney for Defendants, DOLLAR TREE STORES, INC.; GGW OAKDALE PARTNERS, LLC; MSF OAKDALE, LLC *erroneously sued as MSF Oakdale, LLC aka Oakdale MSF, LLC*

DATED: December 3, 2021,    MOORE LAW FIRM, P.C.

By  /s/ Tanya E. Moore
TANYA E. MOORE,
Attorney for Plaintiff, DARREN GILBERT

**ATTESTATION**

Concurrence in the filing of this document has been obtained from each of the individual(s) whose electronic signature is attributed above.

DATED: December 3, 2021,    GOLDEN LAW A.P.C.

By  /s/ Rachelle Taylor Golden
RACHELLE TAYLOR GOLDEN,
Attorney for Defendants, DOLLAR TREE STORES, INC.; GGW OAKDALE PARTNERS, LLC; MSF OAKDALE, LLC *erroneously sued as MSF Oakdale, LLC aka Oakdale MSF, LLC*

**ORDER ON NEXT PAGE**

**ORDER**

Based on the parties' Stipulation, and good cause appearing, IT IS ORDERED, that Defendants, DOLLAR TREE STORES, INC.; GGW OAKDALE PARTNERS, LLC; MSF OAKDALE, LLC erroneously sued as MSF Oakdale, LLC aka Oakdale MSF, LLC shall have up to and including December 17, 2021, to file their responsive pleading.

IT IS SO ORDERED.

Dated: **December 6, 2021**  /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE

# PROOF OF SERVICE

I am employed in the County of Fresno, California; I am over the age of eighteen years and not a party to the within cause; my business address is: 1100 W. Shaw Avenue, Suite 132, Fresno, CA 93711.

On December 3, 2021, I served the foregoing document(s) described as **AMENDED STIPULATION TO EXTEND DEFEDANTS' RESPONISVE PLEADING DEADLINE AND [PROPOSED] ORDER THEREON** on the interested parties, by placing ___ the original

 X  a copy(ies) addressed as follows:

Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
300 South First Street Ste. 342
San Jose, California 95113
Telephone (408) 298-2000
Facsimile (408) 298-6046
E-mail: service@moorelawfirm.com
tanya@moorelawfirm.com
*Attorney for Plaintiff, Darren Gilbert*

____ (By U.S. Mail) I caused each envelope, with postage fully prepaid, to be placed in the designated area for outgoing mail in accordance with this office's practice, whereby mail is deposited in a U.S. mailbox in the City of Fresno, California after the close of the day's business.

____ (By Federal Express) I caused each envelope to be delivered to Federal Express for overnight delivery.

____ (By Facsimile) I caused this document to be delivered via facsimile to the numbers set forth below.

  X   (By Electronic Service) - I caused a true and correct copy of the document(s) described above to be uploaded to the Court approved case management system, and served electronically to all parties listed above.

I declare under penalty of perjury under the law of the State of California that the foregoing is true and correct. Executed on December 3, 2021, at Fresno, California.

By__/s/ Rachelle Taylor Golden_____
RACHELLE TAYLOR GOLDEN