UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARREN GILBERT,<br><br>          Plaintiff,<br><br>     v.<br><br>DOLLAR TREE STORES, INC., et al.,<br><br>          Defendants. | Case No.  1:21-cv-01042-NONE-BAM<br><br>**ORDER GRANTING STIPULATION TO EXTEND RESPONSIVE PLEADING DEADLINE AND CONTINUE SETTLEMENT CONFERENCE**<br><br>(Doc. 30) |

On December 20, 2021, the parties filed a stipulation to extend the deadline for Defendants Dollar Tree Stores, Inc., GGW Oakdale Partners, LLC, and MSF Oakdale, LLC, erroneously sued as MSF Oakdale, LLC aka Oakdale MSF, LLC, to file a responsive pleading to the Second Amended Complaint and to continue the January 6, 2022 settlement conference. (Doc. 30.)  The parties explain that they continue to engage in settlement negotiations and Defendants would like to avoid the cost and expense of filing responsive pleadings.  The parties further explain that due to the ongoing settlement discussions, they are hopeful that the case will be able to be resolved without incurring the Court's time.  The parties therefore request that the settlement conference be continued for a period of 30 days at the Court's convenience.  (*Id.*)

///

///

1

Having considered the parties' stipulation, and cause appearing, IT IS HEREBY ORDERED as follows:

1. The parties' request to extend Defendants' responsive pleading deadline and to continue the settlement conference is GRANTED;
2. Defendants shall have up to and including January 14, 2022, to file their responsive pleading to the Second Amended Complaint; and
3. The Settlement Conference currently set for January 6, 2022, is continued to **March 10, 2022, at 9:30 AM in Courtroom 8 (BAM) before the undersigned.** Updated confidential settlement conference statements shall be submitted no later than seven (7) days prior to the settlement conference.

IT IS SO ORDERED.

Dated: **December 21, 2021**          /s/ *Barbara A. McAuliffe*
                                       UNITED STATES MAGISTRATE JUDGE

2